United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| URSULA LENHARDT,<br>Plaintiff,<br>v.<br>MARK ZUCKERBERG, *et al*.,<br>Defendants. | Case No. 26-cv-06517 EMC<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND**<br><br>Docket Nos. 40, 42 |

Plaintiff Ursula Lenhardt, proceeding pro se, has filed suit against Defendants Mark Zuckerberg and Facebook/Meta Inc. The case was initially filed in the District of Kansas. While pending in Kansas, the then-assigned District Judge screened Ms. Lenhardt's complaint pursuant to 28 U.S.C. § 1915 and dismissed some of the claims pled therein but allowed Ms. Lenhardt to proceed with her claim for defamation. *See* Docket No. 15 (order). Defendants then moved to dismiss or transfer, and Ms. Lenhardt responded with a motion to amend her complaint. The Kansas District Judge granted the request to transfer. *See* Docket No. 44 (order) (also denying without prejudice the motion to dismiss).

Now pending before this Court is Ms. Lenhardt's motion to amend. Defendants do not oppose the motion to amend but do make one request of the Court. Specifically, they note that, after Ms. Lenhardt filed her proposed amended complaint, *see* Docket No. 40 (duplicated at Docket No. 41), she made another filing in which she essentially "tacked on" another claim to her amended complaint. *See* Docket No. 43. Defendants ask, for the sake of clarity of the record, that Ms. Lenhardt be ordered to file a single, comprehensive document as her first amended complaint.

/ / /

United States District Court
Northern District of California

Because Defendants do not oppose Ms. Lenhardt's motion to amend, the Court hereby **GRANTS** the motion. While Defendants' request for a single, comprehensive amended complaint is a fair one, the Court does not grant that request, primarily because such an approach could lead to problems. For example, Ms. Lenhardt could file an amended complaint that exceeds the scope of her filings at Docket Nos. 40 and 43. To avoid this situation, the Court hereby deems Ms. Lenhardt's first amended complaint to consist of her two filings at Docket Nos. 40 and 43. The Court directs the Clerk of the Court to collate the two documents at Docket Nos. 40 and 43 and file them on the docket as Ms. Lenhardt's first amended complaint. Defendants shall have thirty (30) days thereafter to file a response to the first amended complaint.

This order disposes of Docket Nos. 40 and 42.

**IT IS SO ORDERED**.

Dated: July 15, 2026

EDWARD M. CHEN
United States District Judge