UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| URSULA LENHARDT,<br>Plaintiff,<br>v.<br>MARK ZUCKERBERG, et al.,<br>Defendants. | Case No. 26-cv-06517-EMC<br>**ORDER DENYING PLAINTIFF'S MOTION TO STRIKE**<br>Docket No. 54 |

Previously, the Court granted Plaintiff's motion for leave to amend. *See* Docket No. 52 (order). After the Court issued its order, Plaintiff filed a motion to strike the brief that Defendants had filed in response to her motion for leave to amend. Plaintiff argued that the responsive brief should be stricken because it was not served on her.

The Court hereby **DENIES** Plaintiff's motion to strike. The motion is moot because the Court already ruled – in Plaintiff's favor – on the motion for leave to amend. (The Court also notes that Defendants did not substantively oppose Plaintiff's motion.)

That being said, to the extent Plaintiff asserts that the responsive brief was not served on her, Defendants' proof of service indicates otherwise. *See* Docket No. 48 (proof of service).

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

United States District Court
Northern District of California

Furthermore, Defendants have now offered to serve Plaintiff by email. If Plaintiff wishes Defendants to serve her at a different email address, she shall **immediately** inform them of the new email address. **To be clear, in the future, service by Defendants on Plaintiff shall be effected by mail and by email.**

**IT IS SO ORDERED**.

Dated: July 22, 2026

EDWARD M. CHEN
United States District Judge