United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| URSULA LENHARDT,<br>Plaintiff,<br>v.<br>MARK ZUCKERBERG, et al.,<br>Defendants. | Case No. 26-cv-06517-EMC<br><br>**ORDER TO SHOW CAUSE**<br><br>Docket No. 59 |

Defendants have moved to dismiss Ms. Lenhardt's first amended complaint. *See* Docket No. 59 (motion). Although Defendants served the motion on Ms. Lenhardt on August 17, 2026 (by mail), Ms. Lenhardt has failed to file an opposition to the motion. Defendants indicate that they have tried to communicate with Ms. Lenhardt about the status of her opposition, but "the email address listed on the docket as belonging to Plaintiff does not appear to function, and the phone number listed on the docket as belonging to Plaintiff was answered by someone who claimed not to know Plaintiff." Reply at 1.

Given the above circumstances, the Court proceeds as follows.

First, the hearing on the motion to dismiss is hereby **VACATED**.

Second, the Court orders Ms. Lenhardt to show cause as to why her case should not be dismissed, without prejudice, based on her failure to prosecute. Ms. Lenhardt's response to this order to show cause shall be filed by **September 30, 2026**. In her response, Ms. Lenhardt must

/ / /

/ / /

/ / /

United States District Court
Northern District of California

also respond to the merits of Defendants' motion to dismiss. Ms. Lenhardt is forewarned that, if she fails to file a response to the order to show cause by September 30, 2026, then her case shall **automatically be dismissed without prejudice** based on her failure to prosecute.

**IT IS SO ORDERED**.

Dated: September 9, 2026

EDWARD M. CHEN
United States District Judge