United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

URSULA LENHARDT,
Plaintiff,

v.

MARK ZUCKERBERG, et al.,
Defendants.

Case No. 26-cv-06517-EMC

**ORDER DISMISSING CASE WITHOUT PREJUDICE**

Docket No. 63

Previously, Defendants moved to dismiss Ms. Lenhardt's first amended complaint. After Ms. Lenhardt failed to oppose the motion, the Court issued an order directing Ms. Lenhardt to show cause as to why her case should not be dismissed, without prejudice, based on failure to prosecute. *See* Docket No. 63 (order). The Court gave Ms. Lenhardt until September 30, 2026, to file a response to the order to show cause. It expressly warned her that, if she did not file a response by that date, then her case would automatically be dismissed without prejudice based on failure to prosecute.

Ms. Lenhardt has failed to file a response to the Court's order to show cause. Accordingly, the Court hereby dismisses her case, without prejudice, based on her failure to prosecute. The Court directs the Clerk of the Court to enter a final judgment in accordance with this order and close the file in the case.

**IT IS SO ORDERED**.

Dated: October 5, 2026

EDWARD M. CHEN
United States District Judge